ORIGINAL

1  KAREN P. HEWITT
   United States Attorney
2  SHERRI WALKER HOBSON
   Assistant U.S. Attorney
3  California State Bar No. 142947
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5027

6  Attorneys for Plaintiff
   United States of America

FILED
08 FEB 21 PM 1:54
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: CP   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal No. 08cr0440-BTM |
|---|---|---|
| Plaintiff, | ) | MOTION AND ORDER TO UNSEAL INDICTMENT |
| v. | ) | |
| PETER CARLO MERTENS (1), WAYNE JOSEPH FERNANDES (2), WILLIAM HAMMAN (3), BETTINA THAKORE (4), | ) | |
| Defendants. | ) | |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Sherri Walker Hobson, Assistant United States Attorney, and hereby requests that the Indictment in the above-referenced case be unsealed.

DATED: February 21, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ SHERRI WALKER HOBSON
Assistant U.S. Attorney

SO ORDERED.

DATED: February 21, 2008.

/s/ HONORABLE WILLIAM McCURINE, Jr.
United States Magistrate Judge