| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | SHERRI W. HOBSON |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 142947 |
| | Federal Office Building |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5027/(619) 557-3445 (fax) |
| | Email: sherri.hobson@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

8            UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| 10 | UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr0440-BTM |
| | | ) | |
| 11 | Plaintiff, | ) | NOTICE OF APPEARANCE |
| | | ) | |
| 12 | v. | ) | |
| | | ) | |
| 13 | PETER CARLO MERTENS, et al., | ) | |
| | | ) | |
| 14 | Defendants. | ) | |
| | | ) | |

16   TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17      I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18      I certify that I am admitted to practice in this court or authorized to practice under CivLR

19   83.3.c.3-4.

20      The following government attorneys (who are admitted to practice in this court or authorized

21   to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

22   counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to

23   activity in this case:

24      <u>Name</u>              <u>Cal. Bar No.</u>   <u>Telephone No.</u>        <u>Email Address</u>

1  Please call me if you have any questions about this notice.

2  DATED: February 22, 2008.

3  Respectfully submitted,

4  KAREN P. HEWITT
United States Attorney

5

6  s/Sherri W. Hobson

7  _____
SHERRI W. HOBSON
Assistant United States Attorney

8  Attorneys for Plaintiff
United States of America

9  Email: sherri.hobson@usdoj.gov