1  **LEILA W. MORGAN**
California Bar No. 232874
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
Leila_Morgan@fd.org
5

6  Attorneys for Defendant

7

8                        UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10                       **(HONORABLE BARRY TED MOSKOWITZ)**

11  UNITED STATES OF AMERICA,           )  Case No. 08CR0440-BTM
                                        )
12         Plaintiff,                   )
                                        )
13  v.                                  )  **NOTICE OF APPEARANCE**
                                        )
14  WILLIAM HAMMAN,                     )
                                        )
15         Defendant.                   )
                                        )
16  _____     )

17       Pursuant to implementation of the CM/ECF procedures in the Southern District of California,

18  Leila W. Morgan and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead

19  counsel in the above-captioned case.

20                              Respectfully submitted,

21

22  Dated: February 26, 2008        /s/  *Leila W. Morgan*
                                    **LEILA W. MORGAN**
23                                  Federal Defenders of San Diego, Inc.
                                    Leila_Morgan@fd.org
24

25

26

27

28

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Sherri Walker Hobson**
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-3445
Email: Sherri.Hobson@usdoj.gov


DATED:  February 26, 2008                              */s/ Leila W. Morgan*
                                                                            **LEILA W. MORGAN**
Federal Defenders of San Diego, Inc.
Leila_Morgan@fd.org