# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

PLEASE RECEIPT AND RETURN

UNITED STATES OF AMERICA )   CASE NUMBER  08 cr 0440
                         )
           vs            )   ABSTRACT OF ORDER
                         )
                         )   Booking No. _____
                         )
   William Hamman        )
                         )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _____
the Court entered the following order:

✓ _____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

✓ _____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $ __35,000 P/S__ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

William McCurine, Jr.
UNITED STATES MAGISTRATE JUDGE

OR
W. SAMUEL HAMRICK, JR./Clerk
by
Deputy Clerk

Received _____
            DUSM

Crim-9   (Rev 6-95)                                              ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY