**FRANK J. RAGEN, Calif. Bar No. 054378**
Attorney at Law
105 West "F" Street, Suite 215
San Diego, California 92101
Telephone No. (619) 231-4330
Fax No. (619) 239-0056
Email: fjragen@aol.com

Attorney for Defendant
**WILLIAM HAMMAN**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Barry Ted Moskowitz)

| | |
|---|---|
| UNITED STATES OF AMERICA, </br>  </br> Plaintiff, </br>  </br> vs. </br>  </br> WILLIAM HAMMAN, </br>  </br> Defendant. | CASE NO. 08CR0440-BTM </br>  </br> **SUBSTITUTION OF ATTORNEY** |

COMES NOW the defendant, WILLIAM HAMMAN, and hereby substitutes attorney Frank J. Ragen in place and in stead of attorney Leila Morgan of Federal Defenders of San Diego, Inc., for all purposes in the above-entitled matter.

Dated: March 6, 2008

/s/ WILLIAM HAMMAN
WILLIAM HAMMAN
Defendant

I consent to the above substitution and appear generally on behalf of defendant.

Dated: March 6, 2008

s/Frank J. Ragen
FRANK J. RAGEN
Email: fjragen@aol.com

I consent to the above substitution.

Dated: March 6, 2008

s/Leila Morgan
LEILA MORGAN
Federal Defenders of San Diego, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Barry Ted Moskowitz)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM HAMMAN,<br><br>Defendant. | CASE NO. 08CR0440-BTM<br><br>**CERTIFICATE OF SERVICE** |

**IT IS HEREBY CERTIFIED THAT:**

I, LALANYA N. HAM, am a citizen of the United States and am at least eighteen years of age. My business address is 105 West F Street, Ste. 215, San Diego, California, 92101.

I am not a party to the above-entitled action. I hereby certify that I have caused to be served **SUBSTITUTION OF ATTORNEY** to the following ECF participants on this case:

**Dorn G Bishop**
    dorn@dornbishoplaw.com,kstarrj@yahoo.com

**Lisa J Damiani**
    ljdamiani@damianilawgroup.com,Comp1@damianilawgroup.com

**Patrick Q Hall**
    hall@scmv.com,flores@scmv.com

**Sherri Walker Hobson**
    Sherri.Hobson@usdoj.gov,melissa.d.johnson@usdoj.gov,efile.dkt.nes@usdoj.gov

**Leila W Morgan**
    Leila_Morgan@fd.org,Angelica_Hernandez@fd.org

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 6, 2008.

_____
LALANYA N. HAM