1  FRANK J. RAGEN Calif. Bar No. 054378
   105 West "F" Street, Suite 215
2  San Diego, California 92101
   Telephone No. (619) 231-4330
3  Facsimile No. (619) 239-0056
   Email: fjragen@aol.com
4

5  Attorney for Defendant
   **WILLIAM HAMMAN**
6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA
                  (Hon. Barry Ted Moskowitz)
10

11 UNITED STATES OF AMERICA,      )   CASE NO. 08CR0440-BTM
                                  )
12         Plaintiff,             )   NOTICE OF MOTIONS AND
                                  )   MOTIONS TO:
13 vs.                            )
                                  )   (1) COMPEL DISCOVERY;
14 WILLIAM HAMMAN (3),            )   (2) LEAVE TO FILE FURTHER
                                  )       MOTIONS.
15         Defendant.             )
                                  )   Date: March 28, 2008
16 _____  )   Time: 1:30 p.m.

17 TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
         SHERRI W. HOBSON, ASSISTANT UNITED STATES ATTORNEY:
18
      PLEASE TAKE NOTICE that on Friday, March 28, 2008, at 1:30 p.m., or as soon
19
   thereafter as counsel may be heard, the defendant, WILLIAM HAMMAN, by and through
20
   his counsel, Frank J. Ragen will ask this Court to issue an order granting the motions listed
21
   below.
22
                                    **MOTIONS**
23
      The defendant, WILLIAM HAMMAN, by and through his counsel, Frank J. Ragen,
24
   asks this Court pursuant to the Fifth and Sixth Amendments, to the United States
25
   Constitution, Fed. R. Crim. P. 12, 16 and 26, and all other applicable statutes and local rules
26
   for an order to:
27
      1) Compel Discovery;
28
      2) Leave to File Further Motions.

1  These motions are based upon the instant motions and notice of motions, the attached
2  statement of facts and memorandum of points and authorities, the files and records in the
3  above-captioned matter, and any and all other materials that may come to this Court's
4  attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: March 6, 2008         s/Frank J. Ragen
                             FRANK J. RAGEN
                             Attorney for Defendant
                             WILLIAM HAMMAN
                             Email: fjragen@aol.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Barry Ted Moskowitz)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08CR0440-BTM |
| Plaintiff, ) | **CERTIFICATE OF SERVICE** |
| vs. ) | |
| WILLIAM HAMMAN, ) | |
| Defendant. ) | |

**IT IS HEREBY CERTIFIED THAT:**

I, LALANYA N. HAM, am a citizen of the United States and am at least eighteen years of age. My business address is 105 West F Street, Ste. 215, San Diego, California, 92101.

I am not a party to the above-entitled action. I hereby certify that I have caused to be served **NOTICE OF MOTIONS AND MOTIONS TO: (1) COMPEL DISCOVERY; (2) LEAVE TO FILE FURTHER MOTIONS** to the following ECF participants on this case:

**Dorn G Bishop**
  dorn@dornbishoplaw.com,kstarrj@yahoo.com

**Lisa J Damiani**
  ljdamiani@damianilawgroup.com,Comp1@damianilawgroup.com

**Patrick Q Hall**
  hall@scmv.com,flores@scmv.com

**Sherri Walker Hobson**
  Sherri.Hobson@usdoj.gov,melissa.d.johnson@usdoj.gov,efile.dkt.nes@usdoj.gov

**Leila W Morgan**
  Leila_Morgan@fd.org,Angelica_Hernandez@fd.org

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 6, 2008.

_/s/ Lalanya N. Ham_
LALANYA N. HAM