| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | SHERRI W. HOBSON |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 142947 |
| | Federal Office Building |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California  92101-8893 |
| 5 | Telephone:  (619) 557-5027 |
| | Facsimile:  (619) 557-3445 |
| 6 | Email: sherri.hobson@usdoj.gov |
| 7 | Attorneys for Plaintiff |
| | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr0440-BTM |
| | ) | |
| Plaintiff, | ) | |
| | ) | JOINT MOTION TO CONTINUE |
| v. | ) | MOTION HEARING DATE |
| | ) | |
| PETER CARLO MERTENS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

THE PARTIES, the Plaintiff, UNITED STATES OF AMERICA, through its attorneys, Karen P. Hewitt, U.S. Attorney, and Sherri W. Hobson, Assistant U.S. Attorney, and defendants Peter Carlo Mertens, through his counsel, Patrick Q. Hall; Wayne Joseph Fernandes, through his counsel, Dorn G. Bishop; William Hamman, through his counsel, Frank J. Ragen, II; and Bettina Thakore, through her counsel, Lisa J. Damian; moves to continue the motion hearing in Criminal Case No. 08cr0440-BTM from March 28, 2008, at 1:30 p.m., to June 20, 2008, at 1:30 p.m.  This continuation is requested due to volume of ongoing discovery in this case.  The Government expects to produce thousands of pages of discovery.  Defendants will file their acknowledgment of the next court date by end of business, Friday, March 28, 2008.

| | |
|---|---|
| 3/25/08 | /s/ Patrick Q. Hall |
| DATED | PATRICK Q. HALL |
| | Attorney for Defendant |
| | Peter Carlo Mertens |

| | |
|---|---|
| 3/25/08 | /s/ Dorn G. Bishop |
| DATED | DORN G. BISHOP<br>Attorney for Defendant<br>Wayne Joseph Fernandes |
| 3/25/08 | /s/ Frank J. Ragen, II |
| DATED | FRANK J. RAGEN, II<br>Attorney for Defendant<br>William Hamman |
| 3/25/08 | /s/ Lisa J. Damiani |
| DATED | LISA J. DAMIANI<br>Attorney for Defendant<br>Bettina Thakore |
| 3/25/08 | /s/ Sherri W. Hobson |
| DATED | SHERRI W. HOBSON<br>Assistant U.S. Attorney |

|    |    |
|----|----|
| 1  | UNITED STATES DISTRICT COURT |
| 2  | SOUTHERN DISTRICT OF CALIFORNIA |

| 3 | UNITED STATES OF AMERICA, | ) | Case No. 08cr0440-BTM |
|---|---|---|---|
| 4 | Plaintiff, | ) | |
| 5 | v. | ) | |
| 6 | PETER CARLO MERTENS, et al., | ) | CERTIFICATE OF SERVICE |
| 7 | Defendants. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Sherri W. Hobson, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of Joint Motion to Continue Motion Hearing Date on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**Patrick Q. Hall, Esq.**

**Dorn G. Bishop, Esq.**

**Frank J. Ragen, II, Esq.**

**Lisa J. Damiani, Esq.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 25, 2008.

/s/ Sherri W. Hobson
SHERRI W. HOBSON