**FRANK J. RAGEN Calif. Bar No. 054378**
105 West "F" Street, Suite 215
San Diego, California 92101
Telephone No. (619) 231-4330
Facsimile No. (619) 239-0056
Email: fjragen@aol.com

Attorney for Defendant
**WILLIAM HAMMAN**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA
### (Hon. Barry Ted Moskowitz)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08CR00440-BTM-3 |
| Plaintiff, ) | **ACKNOWLEDGMENT OF NEXT COURT DATE** |
| vs. ) | |
| WILLIAM HAMMAN (3), ) | |
| Defendant. ) | |

I, WILLIAM HAMMAN, defendant in the above-entitled criminal matter, hereby acknowledge I must be present before the Honorable Barry Ted Moskowitz on June 20, 2008, at 1:30 p.m., for Motion Hearing/Trial Setting.

Dated: March 26, 2008

_____
WILLIAM HAMMAN

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA
### (Hon. Barry Ted Moskowitz)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. 08CR0440-BTM |
| Plaintiff, ) | **CERTIFICATE OF SERVICE** |
| vs. ) | |
| WILLIAM HAMMAN, ) | |
| Defendant. ) | |

**IT IS HEREBY CERTIFIED THAT:**

I, LALANYA N. HAM, am a citizen of the United States and am at least eighteen years of age. My business address is 105 West F Street, Ste. 215, San Diego, California, 92101.

I am not a party to the above-entitled action. I hereby certify that I have caused to be served **ACKNOWLEDGMENT OF NEXT COURT DATE** to the following ECF participants on this case:

**Dorn G Bishop**
    dorn@dornbishoplaw.com,kstarrj@yahoo.com

**Lisa J Damiani**
    ljdamiani@damianilawgroup.com,Comp1@damianilawgroup.com

**Patrick Q Hall**
    hall@scmv.com,flores@scmv.com

**Sherri Walker Hobson**
    Sherri.Hobson@usdoj.gov,melissa.d.johnson@usdoj.gov,efile.dkt.nes@usdoj.gov

**Leila W Morgan**
    Leila_Morgan@fd.org,Angelica_Hernandez@fd.org

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 26, 2008.

*/s/ Lalanya N. Ham*
LALANYA N. HAM