| | |
|---|---|
| 1 | THE LAW OFFICES OF DORN G. BISHOP, APC |
| 2 | DORN G. BISHOP (SB#147994)<br>525 B Street, Suite 1500 |
|   | San Diego, California 92101 |
| 3 | Telephone: (619) 858-4768 |
| 4 | Attorneys for Defendant |
| 5 | WAYNE JOSEPH FERNANDES |

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE BARRY TED MOSKOWITZ)

| UNITED STATES OF AMERICA, | CASE NO.: 08CR0440-BTM |
|---|---|
| Plaintiff, | |
| | NOTICE OF CHANGE OF ADDRESS |
| v. | |
| PETER CARLO MERTENS (1),<br>WAYNE JOSEPH FERNANDES (2),<br>WILLIAM HAMMAN (3), and<br>BETTINA THAKORE (4). | |
| Defendants. | |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE THAT on June 1, 2008, The Law Offices of Dorn G. Bishop,

3  A.P.C. changed their address, telephone and fax number.

4  The new information is as follows:

5  The Law Offices of Dorn G. Bishop, A.P.C.
   525 B Street, Suite 1500
6  San Diego, CA 92101
   Tel: 619-858-4768
7  Fax: 619-858-4769

8

9  DATED: June 4, 2008                THE LAW OFFICES OF DORN G. BISHOP, APC

10
                                      By:  /s/Dorn G. Bishop
11                                         Dorn G. Bishop
                                      Attorneys for Defendant Wayne Joseph Fernandes
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF ECF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is 525 B Street, Suite 1500, San Diego, California 92101.

On June 4, 2008, I served the following document described as:

**NOTICE OF CHANGE OF ADDRESS**

on the ECF system and served pursuant to General Order No. 550,

with:

Clerk of the Court
United States District Court
Southern District of California
880 Front Street
San Diego, CA 92101

Sherri Walker Hobson, AUSA
U.S. Attorney's Office
880 Front Street
San Diego, CA 92101
sherri.hobson@usdoj.gov
**Attorneys for Plaintiff United State of America**

Patrick Q. Hall
Seltzer Caplan McMahon Vitek
750 B Street, Suite 2100
San Diego, CA 92101
Email: hall@scmv.com
**Attorneys for Defendant Peter Carlo Mertens (1)**

Frank J. Ragen II
Law Offices of Frank Ragen
105 West F Street, Suite 215
San Diego, CA 92101
Email: fjragen@aol.com
**Attorneys for Defendant William Hamman (3)**

Lisa J. Damiani, Esq.
Damiani Law Group
701 B St #1110
San Diego, CA 92101
ljdamiani@damianilawgroup.com
**Attorneys for Defendant Bettina Thakore (4)**

Executed on June 4, 2008, at San Diego, California.

_/s/ Kim Davis_
Kim Davis