1  FRANK J. RAGEN, Calif. Bar No. 054378
   Attorney at Law
2  105 West "F" Street, Suite 215
   San Diego, California 92101
3  Telephone No. (619) 231-4330
   Fax No. (619) 239-0056
4  Email: fjragen@aol.com

5  Attorney for Defendant
   WILLIAM HAMMAN
6

7

8               UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA
                  (Hon. Barry Ted Moskowitz)
10
11 UNITED STATES OF AMERICA      ) CASE NO. 08CR0440-BTM
                                 )
12         Plaintiff,            ) **JOINT MOTION TO CONTINUE**
                                 ) **MOTION HEARING**
13 vs.                           )
                                 )
14 PETER CARLO MERTENS, et al.,  )
                                 )
15         Defendant.            ) Date: June 20, 2008
                                 ) Time: 1:30 p.m.

16      COMES NOW the plaintiff, United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and Sherri W. Hobson, Assistant United States Attorney, and defendants William Hamman, through his counsel Frank J. Ragen; Peter Carlo Mertens, through his counsel, Patrick Q. Hall; Wayne Joseph Fernandes, through his counsel, Dorn G. Bishop; and Bettina Thakore, through her counsel, Lisa J. Damiani; and hereby jointly request the Court continue the Motion Hearing previously scheduled for June 20, 2008, at 1:30 p.m. to September 19, 2008, at 2:00 p.m.

        This continuance is requested since Defense Counsel has not yet received all discovery in this case. Thousands of pages of discovery are to be produced along with video and Grand Jury testimony. Counsel needs this time to adequately study discovery and write the motions.

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: June 6, 2008 | s/Frank J. Ragen<br>FRANK J. RAGEN<br>Attorney for Defendant<br>WILLIAM HAMMAN |
| Dated: June 6, 2008 | s/Patrick Q. Hall<br>PATRICK Q. HALL<br>Attorney for Defendant<br>PETER CARLO MERTENS |
| Dated: June 6, 2008 | s/Dorn G. Bishop<br>DORN G. BISHOP<br>Attorney for Defendant<br>WAYNE JOSEPH FERNANDES |
| Dated: June 6, 2008 | s/Lisa J. Damiani<br>LISA J. DAMIANI<br>Attorney for Defendant<br>BETTINA THAKORE |
| Dated: June 6, 2008 | s/Sherri W. Hobson<br>SHERRI W. HOBSON<br>Assistant United States Attorney<br>Attorney for Plaintiff<br>UNITED STATES OF AMERICA |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**
(Hon. Barry Ted Moskowitz)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. 08CR0440-BTM |
| Plaintiff, ) | **CERTIFICATE OF SERVICE** |
| vs. ) | |
| PETER CARLO MERTENS, et al., ) | |
| Defendant. ) | |

**IT IS HEREBY CERTIFIED THAT:**

I, LUCIA SANCHEZ, am a citizen of the United States and am at least eighteen years of age. My business address is 105 West F Street, Ste. 215, San Diego, California, 92101.

I am not a party to the above-entitled action. I hereby certify that I have caused to be served **JOINT MOTION TO CONTINUE MOTION HEARING** to the following ECF participants on this case:

**Dorn G Bishop**
dorn@dornbishoplaw.com,kstarrj@yahoo.com

**Lisa J Damiani**
ljdamiani@damianilawgroup.com,Comp1@damianilawgroup.com

**Patrick Q Hall**
hall@scmv.com,flores@scmv.com

**Sherri Walker Hobson**
Sherri.Hobson@usdoj.gov,melissa.d.johnson@usdoj.gov,efile.dkt.nes@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 6, 2008.

_____
LUCIA SANCHEZ