1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(Hon. Barry Ted Moskowitz)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  08CR0440-BTM |
| ) | |
| Plaintiff, ) | **ORDER CONTINUING MOTION HEARING** |
| ) | |
| vs. ) | |
| ) | |
| PETER CARLO MERTENS, et al., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

   Good cause being shown, the Motion Hearing currently scheduled for June 20, 2008, at 1:30 p.m., shall be continued to September 19, 2008, at 2:00 p.m.

IT IS SO ORDERED.

DATED:  June 6, 2008

_____
Honorable Barry Ted Moskowitz
United States District Judge