1  FRANK J. RAGEN Calif. Bar No. 054378
   105 West "F" Street, Suite 215
2  San Diego, California 92101
   Telephone No. (619) 231-4330
3  Facsimile No. (619) 239-0056
   Email: fjragen@aol.com
4

5  Attorney for Defendant
   WILLIAM HAMMAN
6

7

8               UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA
                  (Hon. Barry Ted Moskowitz)
10
   UNITED STATES OF AMERICA,        )   CASE NO. 08CR00440-BTM-3
11                                  )
              Plaintiff,            )   ACKNOWLEDGMENT OF
12                                  )   NEXT COURT DATE
   vs.                              )
13                                  )
   WILLIAM HAMMAN (3),              )
14                                  )
              Defendant.            )
15                                  )
                                    )
16

17     I, WILLIAM HAMMAN, defendant in the above-entitled criminal matter, hereby

18  acknowledge I must be present before the Honorable Barry Ted Moskowitz on September

19  19, 2008, at 2:00 p.m., for Motion Hearing.

20

21  Dated: 6/8/2008                        _____
                                           WILLIAM HAMMAN
22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Barry Ted Moskowitz)

| UNITED STATES OF AMERICA | ) CASE NO. 08CR0440-BTM |
|---|---|
| Plaintiff, | ) **CERTIFICATE OF SERVICE** |
| vs. | ) |
| WILLIAM HAMMAN, | ) |
| Defendant. | ) |

**IT IS HEREBY CERTIFIED THAT:**

I, LALANYA N. HAM, am a citizen of the United States and am at least eighteen years of age. My business address is 105 West F Street, Ste. 215, San Diego, California, 92101.

I am not a party to the above-entitled action. I hereby certify that I have caused to be served **ACKNOWLEDGMENT OF NEXT COURT DATE** to the following ECF participants on this case:

**Dorn G Bishop**
dorn@dornbishoplaw.com,kstarrj@yahoo.com

**Lisa J Damiani**
ljdamiani@damianilawgroup.com,Comp1@damianilawgroup.com

**Patrick Q Hall**
hall@scmv.com,flores@scmv.com

**Sherri Walker Hobson**
Sherri.Hobson@usdoj.gov,melissa.d.johnson@usdoj.gov,efile.dkt.nes@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 9, 2008.

_/s/ Lalanya Ham_
LALANYA N. HAM