**FRANK J. RAGEN, Calif. Bar No. 054378**
Attorney at Law
105 West "F" Street, Suite 215
San Diego, California 92101
Telephone No. (619) 231-4330
Fax No. (619) 239-0056
Email: fjragen@aol.com

Attorney for Defendant
**WILLIAM HAMMAN**

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Barry Ted Moskowitz)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM HAMMAN (3), <br><br> Defendant. | CASE NO. 08CR0440-BTM <br><br> **JOINT MOTION TO ENLARGE BOND** |

 COMES NOW the plaintiff, United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and Sherri W. Hobson, Assistant United States Attorney, and defendant William Hamman, by and through his counsel Frank J. Ragen, and hereby jointly request defendant's bond be enlarged to allow him to travel.

 This Joint Motion is based upon the attached Declaration of Frank J. Ragen.

                Respectfully submitted,

Dated: July 30, 2008         s/Frank J. Ragen
                    FRANK J. RAGEN
                    Attorney for Defendant
                    WILLIAM HAMMAN
                    Email: fjragen@aol.com

Dated: July 30, 2008         s/Sherri W. Hobson
                    SHERRI W. HOBSON
                    Assistant United States Attorney
                    Attorney for Plaintiff
                    UNITED STATES OF AMERICA
                    Email: Sherri.Hobson@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Barry Ted Moskowitz)

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM HAMMAN (3),<br><br>Defendant. | CASE NO. 08CR0440-BTM<br><br>**CERTIFICATE OF SERVICE** |

**IT IS HEREBY CERTIFIED THAT:**

I, LALANYA HAM, am a citizen of the United States and am at least eighteen years of age. My business address is 105 West F Street, Ste. 215, San Diego, California, 92101.

I am not a party to the above-entitled action. I hereby certify that I have caused to be served **JOINT MOTION TO ENLARGE BOND** to the following ECF participants on this case:

**Dorn G Bishop**
dorn@dornbishoplaw.com,kstarrj@yahoo.com

**Lisa J Damiani**
ljdamiani@damianilawgroup.com,Comp1@damianilawgroup.com

**Patrick Q Hall**
hall@scmv.com,flores@scmv.com

**Sherri Walker Hobson**
Sherri.Hobson@usdoj.gov,melissa.d.johnson@usdoj.gov,efile.dkt.nes@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 31, 2008.

_____
LALANYA HAM