**FRANK J. RAGEN Calif. Bar No. 054378**
105 West "F" Street, Suite 215
San Diego, California 92101
Telephone No. (619) 231-4330
Facsimile No. (619) 239-0056
Email: fjragen@aol.com


Attorney for Defendant
**WILLIAM HAMMAN**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA
### (Hon. Barry Ted Moskowitz)

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | CASE NO. 08CR0440-BTM |
|            ) | |
|        Plaintiff,   ) | **DECLARATION OF FRANK J.** |
|            ) | **RAGEN IN SUPPORT OF JOINT** |
| vs.           ) | **MOTION TO ENLARGE BOND** |
|            ) | |
| WILLIAM HAMMAN,   ) | |
|            ) | |
|        Defendant.   ) | |
|            ) | |

I, FRANK J. RAGEN, hereby declare as follows:

(1)    I am an Attorney duly licensed to practice law in the courts of the State of California, the United States District Court for the Southern District of California and the United States Supreme Court;

(2)    I am retained counsel for defendant WILLIAM HAMMAN in the above-entitled criminal matter;

(3)    Mr. HAMMAN wishes to travel to Detroit and Marshall, Michigan for a family reunion between the dates of August 14, 2008 through August 18, 2008;

(4)    Further, Mr. HAMMAN wishes to travel to Chicago, Illinois and Kalamazoo, Michigan for a 50th high school reunion between the dates of September 7, 2008 through September 16, 2008;

(5)    United States Pretrial Officer Tisha Garcia has indicated Mr. HAMMAN has been in full compliance and she has no objection to Mr. HAMMAN traveling on the above stated dates;

(6)    Assistant United States Attorney Sherri Hobson has no objection to this request;

(7)    Ellen Ann Hamman, surety for WILLIAM HAMMAN, has been notified of Mr. HAMMAN's request to travel and has executed an Acknowledgment of Surety, attached hereto;

(8)    All other conditions will remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Dated: July 30, 2008            s/Frank J. Ragen
                                FRANK J. RAGEN
                                Attorney for Defendant
                                WILLIAM HAMMAN
                                Email: fjragen@aol.com

- 2 -