1  **FRANK J. RAGEN, Calif. Bar No. 054378**
   Attorney at Law
2  105 West "F" Street, Suite 215
   San Diego, California 92101
3  Telephone No. (619) 231-4330
   Fax No. (619) 239-0056
4  Email: fjragen@aol.com

5  Attorney for Defendant,
   **WILLIAM HAMMAN**
6

7              **UNITED STATES DISTRICT COURT**

8            **SOUTHERN DISTRICT OF CALIFORNIA**
                 **(Hon. Barry Ted Moskowitz)**
9

10 UNITED STATES OF AMERICA      ) CASE NO. 08CR0440-BTM
                                 )
11          Plaintiff,           ) **ACKNOWLEDGMENT OF**
                                 ) **SURETY**
12 vs.                           )
                                 )
13 WILLIAM HAMMAN (3),           )
                                 )
14          Defendant.           )
   _____)

15       I, ELLEN ANN HAMMAN, am in agreement WILLIAM HAMMAN's bond

16 may be enlarged to allow him to travel between the dates of August 14, 2008 through

17 August 18, 2008 to Detroit and Marshall, Michigan and between the dates of September

18 7, 2008 through September 16, 2008 to Chicago, Illinois and Kalamazoo, Michigan.

19       All other conditions of release are to remain in full force and effect.

20

21 Dated: *July 30, 2008*                    *Ellen Ann Hamman*
                                             ELLEN ANN HAMMAN
22

23

24

25

26

27

28