# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA
### (Hon. Barry Ted Moskowitz)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08CR0440-BTM |
| Plaintiff, | **ORDER ENLARGING BOND** |
| vs. | |
| WILLIAM HAMMAN (3), | |
| Defendant. | |

Joint motion having been entered by all parties, and good cause appearing, IT IS HEREBY ORDERED, the bond of WILLIAM HAMMAN be enlarged to allow him to travel between the dates of August 14, 2008 through August 18, 2008 to Detroit and Marshall, Michigan and between the dates of September 7, 2008 through September 16, 2008 to Chicago, Illinois and Kalamazoo, Michigan.

Mr. Hamman is to notify Pretrial Services before he leaves San Diego County and upon his return.

All other bond conditions shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED: July 31, 2008

_____
Honorable Barry Ted Moskowitz
United States District Judge