**FRANK J. RAGEN, Calif. Bar No. 054378**
Attorney at Law
105 West "F" Street, Suite 215
San Diego, California 92101
Telephone No. (619) 231-4330
Fax No. (619) 239-0056
Email: fjragen@aol.com

Attorney for Defendant
**WILLIAM HAMMAN**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Barry Ted Moskowitz)

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. WILLIAM HAMMAN (3), Defendant. | CASE NO. 08CR0440-BTM<br><br>**NOTICE OF JOINDER IN MOTIONS FILED BY CO-DEFENDANT WAYNE JOSEPH FERNANDES**<br><br>Date: September 19, 2008<br>Time: 1:30 p.m. |

The defendant, WILLIAM HAMMAN, by and through his counsel, Frank J. Ragen, hereby joins in Defendant Wayne Joseph Fernandes' Notice of Motions and Motions (1) For 60-Day Continuance; (2) To Compel Further Discovery; (3) For Leave to File Future Severance Motion and Other Motions, if Necessary; and Memorandum of Points and Authorities in Support of Defendant Wayne Joseph Fernandes' Notice of Motions and Motions (1) For 60-Day Continuance; (2) To Compel Further Discovery; (3) For Leave to File Future Severance Motion and Other Motions, if Necessary (Document 71, filed September 5, 2008).

Respectfully submitted,

Dated: September 9, 2008

s/Frank J. Ragen
FRANK J. RAGEN
Attorney for Defendant
WILLIAM HAMMAN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Barry Ted Moskowitz)

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM HAMMAN (3),<br><br>Defendants. | CASE NO. 08CR0440-BTM<br><br>**CERTIFICATE OF SERVICE** |

**IT IS HEREBY CERTIFIED THAT:**

I, LALANYA HAM, am a citizen of the United States and am at least eighteen years of age. My business address is 105 West F Street, Ste. 215, San Diego, California, 92101.

I am not a party to the above-entitled action. I hereby certify that I have caused to be served Notice of Joinder in Motions Filed by Co-defendant Wayne Joseph Fernandes to the following ECF participants on this case:

**Dorn G Bishop**
dorn@dornbishoplaw.com,kstarrj@yahoo.com

**Lisa J Damiani**
ljdamiani@damianilawgroup.com,Comp1@damianilawgroup.com

**Patrick Q Hall**
hall@scmv.com,flores@scmv.com

**Sherri Walker Hobson**
Sherri.Hobson@usdoj.gov,melissa.d.johnson@usdoj.gov,efile.dkt.nes@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 9, 2008.

*/s/ Lalanya Ham*
LALANYA HAM